IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRANDON MCKELVEY | : | No. 15-61-04 |

**ORDER**

AND NOW, this 27th day of April, 2023, upon consideration of Brandon McKelvey's Motion for Writ to Detainers (Doc. No. 430) and the Government's Response in Opposition (Doc. No. 434), it is **ORDERED** that the Motion (Doc. No. 430) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE